IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW STEELE, derivatively on behalf of ABBOTT LABORATORIES, <br><br> Plaintiff, <br><br> v. <br><br> LORI J. RANDALL, KEENAN S. GALE, TJ HATHAWAY, ROBERT J. ALPERN, M.D., ROXANNE S. AUSTIN, SALLY E. BLOUNT, PH.D., PAOLA GONZALEZ, MICHELLE A. KUMBIER, DARREN W. McDEW, ROBERT B. FORD, NANCY McKINSTRY, WILLIAM A. OSBORN, MICHAEL F. ROMAN, DANIEL J. STARKS, JOHN G. STRATTON, GLENN F. TILTON, ROBERT E. FUNCK, JR., JOSEPH MANNING, and CHRISTOPHER J. CALAMARI, <br><br> Defendants, <br><br> -and- <br><br> ABBOTT LABORATORIES, <br><br> Nominal Defendant. | Case No. 1:25-cv-03669 <br><br> Hon. Sunil R. Harjani |

**INDIVIDUAL DEFENDANTS' NOTICE OF JOINDER IN ABBOTT LABORATORIES' MOTION TO DISMISS**

The Individual Defendants (Lori J. Randall, Keenan S. Gale, TJ Hathaway, Robert J. Alpern, Roxanne S. Austin, Sally E. Blount, Paola Gonzalez, Michelle A. Kumbier, Darren W. McDew, Robert B. Ford, Nancy McKinstry, William A. Osborn, Michael F. Roman, Daniel J. Starks, John G. Stratton, Glenn F. Tilton, Robert E. Funck, Jr., Joseph Manning, and Christopher J. Calamari) hereby provide notice of their joinder in Abbott Laboratories' Motion to Dismiss on June 16, 2024 (ECF No. 34). By filing this Notice of Joinder, the Individual Defendants, for their own account, incorporate Abbott Laboratories' Motion to Dismiss, the supporting memorandum, and all accompanying exhibits.

The Court should dismiss Plaintiff's action with prejudice for the three following reasons that are described in greater detail in Abbott Laboratories' papers: 1) Plaintiff's action is premature as the Board has only deferred rather than refused his litigation demand; 2) Plaintiff fails to plead particularized facts showing the Board has acted in bad faith regarding his demand; and 3) Plaintiff cannot pursue this demand-refused derivative action having previously filed a nearly identical action contending that that pre-suit demand on the Board was futile.

For those reasons, the Individual Defendants respectfully request that the Court dismiss Plaintiff's action with prejudice.

Dated: June 16, 2025   Respectfully submitted,

/s/ *Brenton A. Rogers*

Brenton A. Rogers
KIRKLAND & ELLIS LLP
333 West Wolf Plaza
Chicago, IL 60654
(313) 862-2000
brogers@kirkland.com

James P. Gillespie (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 389-5000
jgillespie@kirkland.com

*Counsel for Individual Defendants*