**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW STEELE, derivatively on behalf of ABBOTT LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>LORI J. RANDALL, KEENAN S. GALE, TJ HATHAWAY, ROBERT J. ALPERN, M.D., ROXANNE S. AUSTIN, SALLY E. BLOUNT, PH.D., PAOLA GONZALEZ, MICHELLE A. KUMBIER, DARREN W. McDEW, ROBERT B. FORD, NANCY McKINSTRY, WILLIAM A. OSBORN, MICHAEL F. ROMAN, DANIEL J. STARKS, JOHN G. STRATTON, GLENN F. TILTON, ROBERT E. FUNCK, JR., JOSEPH MANNING, and CHRISTOPHER J. CALAMARI,<br><br>Defendants,<br><br>-and-<br><br>ABBOTT LABORATORIES,<br><br>Nominal Defendant. | Case No. 1:25-cv-03669<br><br>Hon. Sunil R. Harjani |

**STIPULATION OF DISMISSAL**

Plaintiff Matthew Steele ("Plaintiff") and Defendants Lori J. Randall, Keenan S. Gale, TJ Hathaway, Robert J. Alpern, M.D., Roxanne S. Austin, Sally E. Blount, Ph.D., Paola Gonzalez, Michelle A. Kumbier, Darren W. McDew, Robert B. Ford, Nancy McKinstry, William A. Osborn, Michael F. Roman, Daniel J. Starks, John G. Stratton, Glenn F. Tilton, Robert E. Funck, Jr., Joseph Manning, and Christopher J. Calamari (collectively, "Defendants") and Nominal Defendant Abbott Laboratories ("Abbott") (collectively with Plaintiff and Defendants, the "Parties"), by and

through their undersigned counsel, hereby jointly submit this motion for voluntary dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a) and 23.1(c) and in support state as follows:

WHEREAS, this is a derivative action filed on Abbott's behalf;

WHEREAS, Abbott and certain of the Defendants were parties to a related consolidated derivative action, *In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation*, Case No. 1:22-cv-5513, previously pending in this Court (the "Consolidated Derivative Action");

WHEREAS, on July 31, 2026, following appropriate notice to Abbott shareholders pursuant to Federal Rule of Civil Procedure 23.1(c), the Court entered a Final Order and Judgment in the Consolidated Derivative Action granting final approval of the settlement of the Consolidated Derivative Action and dismissing that action with prejudice;

WHEREAS, this action is specifically identified as one of the "Additional Derivative Actions" in the Final Order and Judgment entered in the Consolidated Derivative Action;

WHEREAS, the Final Order and Judgment provides for a release of all claims asserted or that could have been asserted in the Additional Derivative Actions, including this action, against any of the Defendants named herein;

WHEREAS, the Parties have considered the impact of the settlement of the Consolidated Derivative Action on this action;

WHEREAS, pursuant to Federal Rules of Civil Procedure 41(a) and 23.1(c), Plaintiff seeks to voluntarily dismiss this action in its entirety with prejudice;

WHEREAS, notice to shareholders of the voluntary dismissal is not required in this instance because: (i) the settlement of the Consolidated Derivative Action, which encompassed and released the claims asserted in this action, has already been noticed to Abbott shareholders

and received final court approval; (ii) there has been no separate settlement or compromise of this action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor his counsel has received or will receive, directly or indirectly, any separate consideration from Defendants in connection with this dismissal beyond the relief obtained in the Consolidated Derivative Action.

NOW, THEREFORE, the Parties jointly request that the Court enter an Order pursuant to Fed. R. Civ. P. 41(a) and 23.1(c), that:

1. This action be dismissed with prejudice.
2. The Parties shall bear their own respective attorneys' fees, costs, and expenses in relation to this action.
3. For the reasons stated above, no additional notice of the dismissal is required under Rule 23.1(c).

Dated: September 1, 2026

Respectfully submitted,

*/s/ Francis A. Bottini, Jr.*

Francis A. Bottini, Jr.
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
(858) 914-2001
fbottini@bottinilaw.com
achang@bottinilaw.com

Edward T. Joyce
THE LAW OFFICES OF EDWARD T. JOYCE & ASSOCIATES P.C.
300 South Wacker Drive, Suite 3250
Chicago, Illinois 60606
(312) 641-2600
ejoyce@joycelaw.com

*Counsel for Plaintiff*

*/s/ Brenton A. Rogers*
Brenton A. Rogers
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza Chicago, Illinois 60654
(312) 862-2000
brogers@kirkland.com

*Counsel for Defendants*

*/s/ Nicholas Siciliano*
Sean Berkowitz
Nicholas Siciliano
Eric R. Swibel
LATHAM & WATKINS LLP
330 N. Wabash Ave., Suite 2800
Chicago, Illinois 60611
(312) 777-7185
Sean.Berkowitz@lw.com
Nicholas.Siciliano@lw.com
Eric.Swibel@lw.com

*Counsel for Abbott Laboratories*