**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Matthew Steele
Plaintiff,
v.
Lori J. Randall, et al.
Defendant.

Case No.: 1:25−cv−03669
Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: In light of the stipulation of dismissal [60], and pursuant to Fed. R. Civ. P. 41(a) and 23.1(c), this case is hereby is dismissed with prejudice. The Parties shall bear their own respective attorneys' fees, costs, and expenses. No additional notice to shareholders is required under Federal Rule of Civil Procedure 23.1(c). All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.